No. 84–1451.   BAKER v. SEABOARD SYSTEM RAILROAD, INC. C. A. 6th Cir.   Certiorari denied.

No. 84–1460.   ALL ALEXANDER L. KIELLAND LITIGANTS v. PHILLIPS PETROLEUM COMPANY NORWAY, INC.   C. A. 6th Cir. Certiorari denied.

No. 84–1477.   MOON v. SECRETARY OF LABOR.   C. A. 11th Cir.   Certiorari denied.

No. 84–1511.   SERVOTECH INTERNATIONAL ESTABLISHMENT v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–1512.   SOTERAS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–1516.   MARTINEZ v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–5714.   ELLISON v. LANDON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 84–5827.   TORRES v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–5905.   FITZPATRICK v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 84–6018.   HARRISON v. MEACHUM, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–6069.   HINKLE v. MOSS ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 84–6086.   COBB v. OWENS, SUPERINTENDENT, INDIANA STATE REFORMATORY, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 84–6298.   LOCKETT v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS.   C. A. 8th Cir.   Certiorari denied.

No. 84–6305.   QUIROZ v. WAWRZASZEK, ADMINISTRATOR, ARIZONA STATE PRISON.   C. A. 9th Cir.   Certiorari denied.